UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ADOLFREDO JOSE CASANOVA                                          PETITIONER
AZUAJE

VERSUS                                    CIVIL ACTION NO. 5:26-CV-341-DCB-RPM

RAFAEL VERGARA et al                                            RESPONDENTS

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed by Petitioner on behalf of attorney Ben Loveman. Petitioner also requests that the Court waive the pro hac vice fee pursuant to Local Rule 83.1(d)(5)(A). The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Ben Loveman shall be admitted to serve as co-counsel for Petitioner. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

IT IS FURTHER ORDERED that Petitioner's motion to waive the pro hac vice fee is granted.

SO ORDERED AND ADJUDGED, this the 22nd day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE